UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | FILED<br>AUG 29 2023<br>U.S. DISTRICT COURT-WVND<br>WHEELING, WV 26003 |
| v. | Criminal No. 5:23-cr-52 |
| HARDY CARROLL LLOYD, | Violations:<br>18 U.S.C. § 875(c)<br>18 U.S.C. § 1503(a)<br>18 U.S.C. § 1512(b)(1) |
| Defendant. | |

# INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment, on or about the dates stated below:

### The Defendant

1. The defendant, **HARDY CARROLL LLOYD**, resided in Follansbee, Brooke County, West Virginia, which is located approximately 40 miles from Pittsburgh, Pennsylvania.

2. **LLOYD** was a self-proclaimed "reverend" in a group called the Church of the Creator, also known as the World Church of the Creator and the Creativity Movement. The movement was formed by Ben Klassen in 1973. Adherents to this movement believe that race, not religion, is the embodiment of absolute truth and that the white race is the highest expression of culture and civilization. Jews and non-whites are considered inferior races who conspire to subjugate whites. The movement calls for a racial holy war, known by the adherents as "RAHOWA." Its adherents have sometimes taken up this call by committing violent hate crimes.

1

### The Defendant's Website

3. **LLOYD** operated a website with the web address creativityreligion.com (the "Website"). The web addresses churchofbenklassen.org, creativityreligion.net, hardylloyd.net, creativity1973.org, churchofbenklassen.net, and churchofbenklassen.com also automatically navigate a visitor to the Website.

4. **LLOYD** maintained a page on the Website, titled "Enemies," where he posted personal information about several individuals "for Lone Wolves." The term "lone wolf" is often used to describe an individual who acts alone to commit a violent attack, including mass murder, in a public setting.

5. **LLOYD** invited visitors to the Website to subscribe to his email newsletter by entering an email address into a space provided on the Website.

6. **LLOYD** listed two of his VKonatkte accounts on the website. VKonatkte is a Russian online social media and social networking service based in Saint Petersburg, Russia. The service is also known as "VK."

### The Trial of Robert Bowers

7. A judicial proceeding involving the trial of Robert Bowers was pending in the United States District Court for the Western District of Pennsylvania. Bowers had been charged with several federal crimes for fatally shooting 11 individuals at the Tree of Life synagogue in Pittsburgh in 2018.

8. During all times material to this Indictment, **LLOYD** knew of the existence of said judicial proceeding.

9. On or about April 24, 2023, jury selection began.

10. On or about May 25, 2023, jury selection concluded, resulting the selection of 12 jurors and six alternates.

11. On or about May 30, 2023, the trial began with opening statements.

12. On or about June 14, 2023, the government rested its case.

13. On or about June 15, 2023, the jury began its deliberations.

14. On or about June 16, 2023, the jury returned a verdict of guilty on all counts.

15. On or about June 26, 2023, the penalty phase of the trial began to determine whether Bowers would receive the death penalty.

16. On or about July 13, 2023, the jury found Bowers eligible for the death penalty.

17. On or about August 3, 2023, the jury found that Bowers should be sentenced to the death penalty.

## COUNT ONE

(Obstruction of the Due Administration of Justice)

18. The General Allegations of this Indictment are re-alleged and fully incorporated here by reference.

19. Beginning in or about at least May 2023 and continuing through in or about June 2023, in Brooke County, in the Northern District of West Virginia, and elsewhere, the defendant, **HARDY CARROLL LLOYD**, did corruptly endeavor to influence, obstruct, and impede the due administration of justice in *United States of America v. Robert Bowers*, Criminal No. 18-292, in the United States District Court for the Western District of Pennsylvania by engaging in threatening conduct directed at the jury and government witnesses. The endeavor involved the following acts, among others, which were committed and caused to be committed in the Northern District of West Virginia and elsewhere:

20.     On or about May 17, 2023, **LLOYD** made the following post to the Website:



21.     On or about May 17, 2023, **LLOYD** posted the following to one of his VK accounts:

> Robert Bowers Did Pgh A Favour. Any juror who finds him guilty is guilty of anti-White racism!!

22.     On or about May 17, 2023, **LLOYD** posted the following to one of his VK accounts:

> FREE RICHARD BOWERS, PGH, OR ELSE THERE WILL BE CONSIQUENCES [sic] !!!

23.     On or about May 17, 2023, **LLOYD** sent an email to accounts belonging to several Pittsburgh news outlets and to others, stating:

> We demand that Robert Bowers be freed. We shall be stickering, 'legally', Pgh starting next week and ending one week after the end of the trial. Stickers and flyers to go up in greater Pgh in support of Lone Wolf Hero Robert Bowers. We will also be publishing the PUBLIC names and addresses of those who vote against him via filing LEGALLY with the county seat for the trial records after the trial. Which is legal to do under PA law. Something for the people of Pgh to keep in mind as they vote on this great man. Remember, jurors, we WILL be watching and we WILL be taking pictures of ALL cars and people who leave the courthouse. And it's 100% LEGAL to do this, too!! We will have members and supporters on the PUBLIC sidewalk and corners exercising their FREE SPEECH RIGHTS in taking photos of cars and people entering and leaving the courthouse, which is

> LEGAL to do from PUBLIC areas, as SCOTUS has ruled that there is no expectation of privacy when in public or from public spaces. SUCK IT!!
>
> Send donations for stickers and flyers to Reverend Lloyd via CashApp. Or send stickers from TightRope as a donation.
>
> FREE BOWERS!!
> RAHOWA
> Rev. Lloyd, PM
> Church of Ben Klassen
> www.creativityreligion.com

24. On or about May 18, 2023, **LLOYD** made a post to the "enemies" page of the Website, which included the following message:

> **If anyone has the doxing info, legally, for the 70 jurors on the Richard Bowers trial in Pgh, send to us so we can legally post said PUBLIC INFO as a useful guide to keep the trial honest. Oh, and we WILL be filing at county records for their names and home/work addresses to LEGALLY POST after the trial is over. Which is keeping with PA state laws regarding doxing of jurors post trial via PUBLIC INFO!! Y'all who are on the jury, make sure to vote what you know in your heart is morally correct.**
> **;)**
> **;)**
>
> # FREE RICHARD BOWERS, CITY OF PITTSBURGH, OR ELSE THERE WILL BE 'LEGAL' CONSIQUENCES !!!

25. On or about May 18, 2023, **LLOYD** included the following caption under the post described in the previous paragraph:

> **The Following People Are Anti-White Bigots Who Promote And/Or Commit Crimes Against Whites**
>
> This page contains PUBLICLY GATHERED info, 90% off their own social media accounts, of known anti-White bigots and criminals. This info is posted, in keeping with US laws of Free Speech, for Lone Wolves. It is NOT illegal to post this info, nor to say it is for Lone Wolves. US law allows such speech. This would ONLY be illegal if we called for actual direct action against them. We are simply re-posting their own publicly posted info, and stating our OPINIONS for Lone Wolves. Which makes it 100% LEGAL!!

26. On or about May 19, 2023, **LLOYD** sent an email to accounts belonging to several Pittsburgh news outlets and to others, stating:

> We will be filing for the names after the trial to publicly post on our enemies page in keeping with PA state law. We are allowed to post said info to LWs as part of

1A protected speech. Those who vote against this great man must keep this in mind!!

27.     On or about May 19, 2023, **LLOYD** sent an email, with the subject "Ouch," to an address with "creator" in the account name, carbon copied accounts belonging to several Pittsburgh news outlets, and attached a photograph of a gunman shooting a woman in the face from the first-person point of view of the gunman, stating:

> This woman was a juror on a case and voted against the defendant.
> After the trial some asshole posted her PUBLIC record onto social media.
> Bitch went to the grocery store.
> She never came home.
> Guess she should have voted the White way?!?

Looks like it hurt.

28.     Between on or about May 19 and 20, 2023, **LLOYD** placed, and caused to be placed, white supremacy themed stickers in Pittsburgh, bearing the web address churchofbenklassen.org, which directs visitors to the Website, as depicted in the following images:

 

6



29. On or about May 30, 2023, **LLOYD** sent an email to accounts belonging to several Pittsburgh news outlets and to others, stating:

> We have struck Pittsburgh and shall continue to pass out flyers until Richard Bowers, the great WHITE hero of Pgh, is freed. We shall also file for the names of the jury once it is over to make sure they voted the right way. If Bowers is not freed then we shall not only up our flyers, but also make PGH sorry. We cannot state what this is, of course. Don't want to say anything NOT covered under the 1A. But just know that any guilty verdict could bring down the wrath of lone wolves in the region. Not saying we would directly do or plan anything. But know that lone wolves will do something, and we cannot prevent them, nor would we want to. Free this great WHITE hero! RAHOWA – Pgh Congregation of the CoBK - Contact this email, Lisa's email, or Reverend Lloyd's email.

30. On or about May 30, 2023, **LLOYD** sent an email to accounts belonging to a Pittsburgh news outlet, stating:

> Our Church has been passing our flyers in Western PA and Ohio supporting Bowers. We are also going to file for the names and addresses of the jury once it's over to check and see who voted against him. Which is legal to do in PA.
>
> Any questions?

31. On or about June 2, 2023, **LLOYD** made the following post to the "enemies" page of the Website:

> **Members of Pittsburgh's Jew community enter the Federal courthouse in Pittsburgh for the first day of trial for Robert Bowers. May 30, 2023, in Pittsburgh. Taken from jew media. So, kind of funny. lol - Below are pics of those who supported the jews during and after the so-called 'shooting'. Most live in the Pgh region, and a majority are probably jews. If you have the personal info on anyone pictured here please send to us so we can post it here. All pics taken from publicly posted media posts.**

32. The post included a collage of photographs. The photographs in the post depict several witnesses to Bowers' attack, some of whom had already testified at the trial before the date of the post and some of whom would testify before the end of the trial. The post included multiple photographs of an individual referred to herein as WITNESS1.

33. On or about June 3, 2023, **LLOYD** made a post to the "enemies" page of the Website that included the photograph of WITNESS1. The post included the name of WITNESS1 and that WITNESS1 was "of Squirrel Hill," a neighborhood in Pittsburgh. The post was made under the caption:

> **This page contains PUBLICLY GATHERED info, 90% off their own social media accounts, of known anti-White bigots and criminals. This info is posted, in keeping with US laws of Free Speech, for Lone Wolves. It is NOT illegal to post this info, nor to say it is for Lone Wolves. US law allows such speech. This would ONLY be illegal if we called for actual direct action against them. We are simply re-posting their own publicly posted info, and stating our OPINIONS for Lone Wolves. Which makes it 100% LEGAL!!**

In violation of Title 18, United States Code, Section 1503(a).

## COUNT TWO

(Transmitting Threats in Interstate and Foreign Commerce)

1.  The General Allegations of this Indictment and paragraph 27 of Count One of this Indictment are re-alleged and fully incorporated here by reference.

2.  On or about May 19, 2023, in Brooke County, in the Northern District of West Virginia, the defendant, **HARDY CARROLL LLOYD**, did knowingly transmit in interstate and foreign commerce an email communication over the Internet containing a threat to injure the person of another. Specifically, **LLOYD**, intending to communicate a threat of personal injury to the jury serving in the trial of *United States of America v. Robert Bowers*, Criminal No. 18-292, in the United States District Court for the Western District of Pennsylvania, sent an email, with the subject "Ouch," to an address with "creator" in the account name, carbon copied accounts belonging to several Pittsburgh news outlets, and attached a photograph of a gunman shooting a woman in the face from the first-person point of view of the gunman, stating:

> This woman was a juror on a case and voted against the defendant.
> After the trial some asshole posted her PUBLIC record onto social media.
> Bitch went to the grocery store.
> She never came home.
> Guess she should have voted the White way?!?

> Looks like it hurt.

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

(Witness Tampering)

1. The General Allegations of this Indictment and paragraphs 31 through 33 of Count One of this Indictment are re-alleged and fully incorporated here by reference.

2. On or about June 2, 2023 and June 3, 2023, in Brooke County, in the Northern District of West Virginia, the defendant, **HARDY CARROLL LLOYD**, did knowingly attempt to intimidate, threaten, and corruptly persuade WITNESS1 by making the posts to the "enemies" page of the Website, as further described in paragraphs 31 through 33 of Count One of this Indictment, with the intent to influence, delay, and prevent the testimony of WITNESS1 in an official proceeding, specifically the trial being conducted in *United States of America v. Robert Bowers*, Criminal No. 18-292, in the United States District Court for the Western District of Pennsylvania.

In violation of Title 18, United States Code, Section 1512(b)(1).

A true bill,

/s/ _____
Foreperson

/s/ William Ihlenfeld
WILLIAM IHLENFELD
United States Attorney

Jarod J. Douglas
Assistant United States Attorney

Randolph J. Bernard
Assistant United States Attorney